# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LANCE DEON HAWES,

    Petitioner,

vs.

JACK PALMER, et al.,

    Respondents.

Case No. 3:10-CV-00655-RCJ-(VPC)

**ORDER**

    Petitioner has submitted an amended petition (#15). The court will dismiss one ground, and the court will serve the amended petition upon respondents for a response.

    Ground 16 of the amended petition is a claim that petitioner's post-conviction counsel failed to raise several issues on appeal. Petitioner has no right to effective assistance of counsel in post-conviction proceedings. <u>Pennsylvania v. Finley</u>, 481 U.S. 551, 555 (1987). The court dismisses ground 16.

    IT IS THEREFORE ORDERED ground 16 of the amended petition (#15) is **DISMISSED**.

    IT IS FURTHER ORDERED that the clerk shall add Catherine Cortez Masto, Attorney General for the State of Nevada, as counsel for respondents.

    IT IS FURTHER ORDERED that the clerk shall electronically serve upon respondents a copy of the amended petition (#15). In addition, the clerk shall return to petitioner a copy of the amended petition.

    IT IS FURTHER ORDERED that respondents shall have forty-five (45) days from the date on which the petition was served to answer or otherwise respond to the amended petition (#15). If

respondents file and serve an answer, then they shall comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner shall have forty-five (45) days from the date on which the answer is served to file a reply.

IT IS FURTHER ORDERED that henceforth, petitioner shall serve upon respondents or, if appearance has been entered by counsel, upon the attorney(s), a copy of every pleading, motion or other document submitted for consideration by the court. Petitioner shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the respondents or counsel for the respondents. The court may disregard any paper received by a district judge or magistrate judge that has not been filed with the clerk, and any paper received by a district judge, magistrate judge, or the clerk that fails to include a certificate of service.

Dated: This 14th day of October, 2011.

_____
ROBERT C. JONES
Chief United States District Judge