FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 3 0 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LANCE DEON HAWES,

    Petitioner,

vs.

JACK PALMER, et al.,

    Respondents.

Case No. 3:10-cv-00655-RCJ-VPC

**ORDER**

    The court had determined that petitioner has not exhausted his available state-court remedies for some grounds for relief. Order (#37). Petitioner has submitted a declaration (#44) in which he dismisses the unexhausted grounds. Respondents will need to answer the remaining grounds.

    IT IS THEREFORE ORDERED that grounds 1, 2, 4, 5, 6, 7, 8(1), 8(3), 8(4), 8(5), 8(6) 9, 10, 11, 12, 13, 14, 15(I)(D), and 15(I)(E) are **DISMISSED** from this action.

    IT IS FURTHER ORDERED that respondents shall have forty-five (45) days from the date of entry of this order to file and serve an answer, which shall comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner shall have forty-five (45) days from the date on which the answer is served to file a reply.

Dated: January 29, 2013.

_____
ROBERT C. JONES
Chief United States District Judge